CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MICHAEL T. PYLE (CABN 172954)
Assistant United States Attorney
60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5087
Email: michael.t.pyle@usdoj.gov

Attorneys for Defendant
Joseph Edlow, Director,
U.S. Citizenship and Immigration Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| SUMEET ANAND KULKARNI, | Case No. 5:26-cv-912-NW |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES BY 60 DAYS** |
| v. | |
| JOSEPH EDLOW, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEADLINES BY 60 DAYS
Case No. 5:26-CV-912 NW

Plaintiff and Defendant by and through their undersigned counsel of record, hereby stipulate to continue the deadlines in this case for sixty days because Defendant issued a Notice of Intent to Deny for Form I-129 HI-B, Petition for a Nonimmigrant Worker, IOE0933816992 on April 1, 2026, and which allows for a response to USCIS by May 4, 2026.

As a result, for judicial efficiency and avoiding unnecessary filings and motions while the administrative proceedings described above take place, the parties seek to extend the following dates:

Deadline for Defendant's Answer from April 3, 2026 to June 2, 2026.

Deadline for a Motion for Summary Judgment from June 2, 2026 to August 3, 2026

Deadline to File a notice of dismissal or joint status update from June 2, 2026 to August 3, 2026

Compliance Hearing regarding dismissal or joint status update from June 16, 2026 to August 18, 2026 at 10 a.m.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: April  3, 2026

CRAIG H. MISSAKIAN
United States Attorney

/s/ *Michael T. Pyle*

_____

MICHAEL T. PYLE*
Assistant United States Attorney
Attorneys for Defendant

*I certify under penalty of perjury that Plaintiff's counsel authorized me to file this document with electronic signatures.

DATED: April 3, 2026

Respectfully submitted,

*s/Rahula Reddy*
RAHULA REDDY
Reddy Neumann Brown Pc
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES BY 60 DAYS
Case No. 5:26-CV-912 NW

<b>[PROPOSED] ORDER</b>

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT**:

The Deadline for Defendant's Answer is June 2, 2026.

The Deadline for a Motion for Summary Judgment is August 3, 2026

The Deadline to File a notice of dismissal or joint status update is August 3, 2026

The Court will hold a compliance hearing regarding dismissal or a joint status update on August 18, 2026 at 10 a.m.

**IT IS SO ORDERED**.

Dated: April 7 , 2026

_____
Hon. Noël Wise
United States District Judge